**Order filed July 25, 2017.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00540-CV
_____

### FELIX P. BABAUTA, Appellant

### V.

### DEBRA V. JENNINGS AND RALPAHELL V. WILKINS, Appellee

**On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2012-23475**

## ORDER

On July 6, 2017, appellant filed a brief that is not in compliance with the Texas Rules of Appellate Procedure. The brief fails generally to comply with the rules. *See* Tex. R. App. P. 38.1(f), (h), and (i).

Accordingly, we order appellant's brief filed July 6, 2017, stricken. Appellant is ordered to file a brief that complies with the Texas Rules of Appellate Procedure **within thirty (30) days** of the date of this order. *See* Tex. R. App. P. 38.1(f), (h), and (i).

If appellant files another brief that does not comply with Rule 38, the Court may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief. *See* Tex. R. App. P. 38.9(a). Pursuant to Texas Rule of Appellate Procedure 38.8(a), where an appellant has failed to file a brief, we may dismiss the appeal for want of prosecution. If appellant fails to timely file a brief in accordance with Rule 38, the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1).


PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.